# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR BENETTS HERNANDEZ,<br><br>    Defendant | CASE NO. 23CR1651-W<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE** |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted. The Motion Setting is vacated and a Motion Hearing is set for October 2, 2023 at 9:00 a.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A), (h)(1)(D), and (h)(7).

**IT IS SO ORDERED**.

Dated: 8/22/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE