UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 23-CR-1651-W |
| Plaintiff, | Hon. Thomas J, Whelan |
| v. | |
| EDGAR GUADALUPE BENETTS HERNANDEZ | ORDER TO CONTINUE MOTION HEARING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently scheduled for October 2, 2023, at 9:00 a.m., be continued to **November 27, 2023, at 9:00 a.m.**

It is further ordered that the time between October 2, 2023, and November 27, 2023, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (iv) and (h)(1)(D)

DATED: _____9/27/23_____       _____

**Hon. Thomas J. Whelan**
United States District Judge